# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2011

144084 & (18)

ROBERT DAVIS,
        Appellant,

v

EMERGENCY MANAGER FOR THE
DETROIT PUBLIC SCHOOLS,
        Appellee.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 144084
COA: 306165

        On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 6, 2011 order of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). At oral argument, the parties shall address whether the office of Emergency Manager for the Detroit Public Schools should be declared vacant because Roy Roberts did not take the oath of office before entering upon his duties, but subsequently took the oath of office before this quo warranto action was filed. The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2011

_____
Clerk

h1214